# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY SMM D.C.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORNELIUS JOHNSON

    Defendant.

05 NOV -2 PM 4: 18

THOMAS M. GOULD
CLERK, US. DISTRICT COURT
W/D OF TN, MEMPHIS

Cr. No. 2:05cr20381-D

## ORDER ON ARRAIGNMENT

This cause came to be heard on __11-2-05__ The Assistant United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME: __Randy Alden for Pat Brown__ who is Retained/ Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

_____ The defendant, who is not in custody, may stand on his/her present bond.

__✓__ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

S. Thomas Anderson
United States Magistrate Judge

Charges: 18:922(g)
Firearms

Assistant U.S. Attorney assigned to case: EARLEY

The defendant's age is: __27__.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __11/3/05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20381 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT